IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSA RIVERA,<br>   Plaintiff,<br><br>  v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security Administration,[1]<br>   Defendant. | CIVIL ACTION<br><br><br><br>NO. 16-4292 |

**O R D E R**

AND NOW, this 16th day of March, 2020, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Dkt. No. 9); Defendant's Response to Request for Review of Plaintiff (Dkt. No. 10); Plaintiff's Reply Brief (Dkt. No. 11); and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated February 18, 2020, and Plaintiff's Objections thereto and Defendant's Response thereto, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;
2. The relief sought by Plaintiff is DENIED;
3. The Decision of the Commissioner of Social Security is AFFIRMED.

---

[1] On June 17, 2019, Andrew M. Saul was officially sworn in as the Commissioner of the Social Security Administration. He is automatically substituted as the Defendant in this action. *See* Fed. R. Civ. P. 25(d).

BY THE COURT:


s/ J. Curtis Joyner
_____
J. CURTIS JOYNER, J.